# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Cook,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                      3:05-cv-500-2-MU

Todd Pinion,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 20, 2006 Order.

**Signed: January 20, 2006**

_____
Frank G. Johns, Clerk
United States District Court